UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Michael Mansh, Plaintiff(s)

vs.

Guards State office Bldg., Defendant(s)

Civil Case No.: 6:18-CV-0717 (TJM/ATB)

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

Plaintiff(s) demand(s) a trial by: ☒ JURY ☐ COURT (Select only one).

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 20 2018
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Utica

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Michael C Mansh
   Address: 1434 Genesse St
   Utica - New York
   315-527-2953

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Guards State office Bldg
      Official Position: Guards Onida County
      Address: 207 Gun St street
      Utica New York, N.Y.
      13502

b.  Defendant: _____

   Official Position: _____

   Address: _____
   _____
   _____

c.  Defendant: _____

   Official Position: _____

   Address: _____
   _____
   _____

Additional Defendants may be added on a separate sheet of paper.

4. **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

3 guards told me I cant have acess to the Bldg becuse of Reasons unknown They wont tell me why I) Cant come in. One of the guard assausted me and threw my military police Budge on the Side walk, and push me outside the door. Tresson! reason,

5.                      **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

### FIRST CAUSE OF ACTION

_____

_____

_____

_____

### SECOND CAUSE OF ACTION

_____

_____

_____

_____

### THIRD CAUSE OF ACTION

_____

_____

_____

_____

6.   **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

Asking the Court System for 30 millions doller check from State Comtroller Because of treason maxumim penilty for the allegations true underpurjury

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 6-20-18

_Michael Mangol_
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010