# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Michael C. Manosh**
    Plaintiff(s)
 vs.                                            **CASE NUMBER: 6:18-cv-717**

**Guards State Office Building**
    Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court ACCEPTS and ADOPTS the recommendations in the Order and Report-Recommendation for the reasons stated therein. It is hereby ORDERED that plaintiff's cause of action for Treason is DISMISSED WITH PREJUDICE. It is further ORDERED that plaintiff's Complaint, with regard to all potential viable claims other than Treason, is DISMISSED WITHOUT PREDJUDICE TO FILING AN AMENDED COMPLAINT. It is further ORDERED that plaintiff is given thirty (30) days from the date of this Decision and Order in which to submit an Amended Complaint. It is further ORDERED that should plaintiff fail to pay the filing fee and submit an amended complaint within thirty (30) days from the date of this Decision and Order, plaintiff's Complaint will be DISMISSED IN ITS ENTIRETY.

All of the above pursuant to the order of the Honorable Judge Thomas J. McAvoy, dated the 31st day of July, 2018.

DATED: September 17, 2018

_____
Clerk of Court

s/Daniel Krug
Daniel Krug
Deputy Clerk